√#695454   # 128820

FILED
2010 SEP -2 PM 3:01
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                *           CASE # 06-31892 W
                                  CHAPTER 13
                      *

Hukalo, Marie L
Debtor                *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

Ninety days have passed since final distribution was made in this case. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 658573 | Marie L. Hukalo<br>2756 Arletta<br>Toledo, Oh 43613 | 10.50 | 4/21/10 |

Your trustee's check #695454 in the amount of $10.50 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 08/26/10

                                    _____
                                    John P. Gustafson
                                    Trustee in Bankruptcy